# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Anthony Jamel Crawford,

    Plaintiff(s),

vs.

Daniel E. Bailey, Jr., Sheriff,
et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv150

DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 21, 2010 Order.

Signed: April 21, 2010

Frank G. Johns, Clerk
United States District Court